JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROY YIUN, | ) Case No. 2:19-cv-02796 R (PLAx) |
|---|---|
| Plaintiff(s), | ) |
| v. | ) **ORDER OF DISMISSAL** |
| PANDA EXPRESS, et al., | ) **BY LACK OF PROSECUTION** |
| Defendant(s). | ) |

Plaintiff was ORDERED to show cause in writing not later than **July 12, 2019** why this action should not be dismissed for lack of prosecution. On July 12, 2019, Plaintiff filed a response requesting for an additional one or two months to file a proof of service, stating that Plaintiff's attorney service has attempted but was unable to serve the defendants, and is still in the process of properly serving the defendants. Plaintiff provides no good cause to warrant an extension.

WHEREAS, the period has elapsed without proper service of the complaint and summons within the time frame allowed by Federal Rules of Civil Procedure 4(m); and, the period has elapsed without any good cause shown to warrant an extension;

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: July 18, 2019

*Gary Klausner*
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE